IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LUIS MANUEL PENA-LORA,<br>    Petitioner, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO.4:06-CV-686-Y |
| | § | |
| COLE JETER, Warden,<br>FCI-Fort Worth,<br>    Respondent. | §<br>§<br>§ | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of petitioner Luis Manuel Pena-Lora, along with the January 3, 2007, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until January 24 to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation of the United States magistrate judge filed on January 24, 2007. The Court concludes that the petition for writ of habeas corpus should be dismissed for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Respondent Jeter's November 28, 2006, motion to dismiss [docket no. 7] is GRANTED.

Luis Manuel Pena-Lora's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED for lack of jurisdiction.

SIGNED January 31, 2007.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE